Michael A. McKuin, State Bar No. 103328
Email: mmckuin@aol.com
Attorney at Law
P.O. Box 637
Lake Arrowhead, CA. 92352
Telephone: (909) 336-4625
Facsimile: (909) 336-4437

Attorney for Plaintiff, RICHARD HINEMAN

**JS6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HINEMAN, an Individual, | ) CASE NO CV06-1527 JFW(MANx) |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| LONG TERM DISABILITY PLAN OF E*TRADE GROUP, INC., an Employee Welfare Benefit Plan, established pursuant to 29 U.S.C. 1001,     et seq. (ERISA), | ) |
| Defendant | ) |

   IT IS ORDERED AND ADJUDGED that Plaintiff, Richard Hineman have Judgment against Defendant, Long Term Disability Plan of E*Trade Group, Inc., ("the Plan") declaring the rights and obligations of the respective parties as follows:

   1.   Plaintiff has been continuously disabled due to a cognitive impairment and has been eligible to receive disability benefits under the Plan since January 27, 2002.  Plaintiff's benefit effective date for Short Term Disability (STD) benefits is January 27, 2002.  Plaintiff's benefit effective date for Long Term Disability (LTD) benefits is April 19, 2002.

   2.   Plaintiff is entitled to receive STD and LTD benefits, under the terms and provisions of the Plan, in an amount equal to 66.667% of Plaintiff's "Basic Monthly Earnings", less applicable offsets as allowed by the Plan.  Plaintiff's "Basic Monthly Earnings", as defined by the Plan, was $90,000 a year ($7,500 per month).

3.	Taking into account all allowable offsets, Plaintiff is entitled to a monthly disability benefit amount of $2,881.00 per month and has been so entitled since on or about January 27, 2002.  Plaintiff shall remain entitled to disability benefits for so long as he is disabled, meets the plan definition of disability  or until he reaches age 65.

4	From January 27, 2002 through August 19, 2008, Plaintiff was underpaid STD and LTD benefits by an amount of $2,497.00 per month for each and every month of his disability.

5.	The total principle underpayment amount owed to Plaintiff for the period from January 27, 2002 through August 19, 2008 equals $194,805.00.  Plaintiff shall have judgment against Defendant in that amount.

6.	Plaintiff shall also be entitled to prejudgment interest on the principal sum at the rate of 4.25% and in the amount of $25,500.00.

7.	Plaintiff shall also be entitled to his costs through trial, as taxed by the District Court Clerk on January 12, 2006 in the amount of $442.01 and his costs on appeal, as taxed by the by the Clerk on July 11, 2008 in the amount of $455.00.

8.	Plaintiff shall be entitled to an award of reasonable attorney fees in the amount of $135,000, which shall be in addition to those fees previously awarded by this Court.

9.	This Judgment is <u>not intended to effect any prior rulings or orders of the Court, except as expressly stated herein</u>, including but not limited to the Court's prior ruling on the Social Security Administration Cost of Living (COLA) offset issue; or the Court's previous award of attorney fees.

IT IS SO ORDERED:


DATED August 8, 2008                       _____
                                           John F. Walter
                                           United States District Judge